# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

### CIVIL ACTION No. 3:13-CV-34-S

**JOHNATHAN MASTERS**                                                                    **PLAINTIFF**

**vs.**

**OFFICER AARON BROWNING,** *ET AL.*                                          **DEFENDANTS**

## PLAINTIFF JOHNATHAN MASTERS' EXHIBIT LIST

Comes the Plaintiff, Johnathan Masters, and hereby provides the following exhibit list in compliance with the Court's order.

1. Photo of Defendant Casse at the scene
2. Photo of Aaron Browning at the scene
3. Photo of Casse's hands taken at the scene.
4. Photo of the unmarked cruiser with Casse standing next to it.
5. Photo of Johnathan Masters at the Hospital/Jail
6. Close-up of Johnathan Masters face from the night of the incident.
7. Google Maps Satellite Image of Fourth and M Streets in Louisville.
8. Google Maps Street View of Fourth and M Streets in Louisville.
9. Statement made by Joel Casse for Investigative report.
10. Uniform Citation 12- M460148- completed by Joel Casse.
11. Audio Recording of Grand Jury Testimony from Defendant Casse.
12. Event Chronology- Marked LMPD 101
13. Sworn Employee Statements of Casse and Browning- Marked LMPD 0076-0099.
14. University of Louisville Medical Records- DOS 12-7-12.

15. Ambulance Records 12-7-12

16. Kurtzman Records

17. Baptist Health Records

18. Bills from Obstetric Anesthesia.

19. Bills from University of Louisville School of Dentistry.

20. Bills from Louisville Emergency Medicine Associates.

21. Bills from Rural/Metro Ambulance.

22. Bills from U of L Hospital and Brown Cancer Center.

23. Bills from X-Ray Associates of Louisville.

24. Bills from ULP Anesthesiology.

25. Bills from Baptist Hospital East.

26. Bills from ULP Radiological Associates.

27. Bills from Kurtzman Plastic Surgery.

28. Bills from ULP Emergency medicine.

29. Medical Lien from Passport Health.

Respectfully submitted,

s/ Christopher D. Roach
Christopher D. Roach, Esq.
635 West Seventh Street
Suite 401
Cincinnati, OH 45203
859.462.4821

*Attorney for Plaintiff*

**CERIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served by the Court's electronic filing system on this 27th day of December, 2016, to all counsel of record.

s/ Christopher D. Roach<br>
Christopher D. Roach