**JOHNATHAN MASTERS v. OFFICE JOEL CASSE**
**Case Number: 3:13cv-034-DJH-CHL**
**JUDGE DAVID J. HALE**

FILED
VANESSA L. ARMSTRONG, CLERK
JAN 2 6 2017
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**Jury Impaneled & Sworn on:** January 24, 2017

**Jury Panel:**

1) 122
2) 134
3) 136
4) 141
5) 143
6) 151
7) 152
8) 159
9) 
10) 

11) 
12) 
13) 
14) 
15) 
16) 
17) 
18) 
19) 
20) 

Alternates: 

Jury retires to deliberate at: 11:15

Jury Verdict: ✓

Jury Polled: ✓

Case continued to: 

Notes: Judgment to be entered

Foreman: 141

Jury Returns at: 1:40

Mistrial Declared: 

Polling Waived: